1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   VERNON MCCULLUM
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:25-cr-00109-KES |
|---|---|
12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
13 | vs. | |
14 | VERNON MCCULLUM, | Date:   January 6, 2026 |
15 | Defendant. | Time:   2:30 p.m. |

16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal

19 Defender Laura Myers, counsel for Vernon McCullum, that the status conference currently

20 scheduled for November 4, 2025, at 3:00 p.m. may be continued to January 6, 2026, at 2:30 p.m.

21        The parties agree and stipulate, and request that the Court find the following. By previous

22 order, this case was set for a status conference on November 4, 2025.  Mr. McCullum is

23 currently in state custody in a pending Kern County criminal case.  In light of his custodial

24 status, the parties request that the instant matter be continued for further status conference.  The

25 requested continuance will conserve time and resources for the parties and the Court.

26
                                              Respectfully submitted,
27

28                                            ERIC GRANT
                                              United States Attorney

| | |
|---|---|
| Date: October 31, 2025 | /s/ Luke Baty<br>LUKE BATY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 31, 2025 | /s/ Laura Myers<br>LAURA MYERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>VERNON MCCULLUM |

## **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for November 4, 2025, at 3:00 p.m. is hereby continued to January 6, 2026, at 2:30 p.m.

**IT IS FURTHER ORDERED** that, if Defendant remains in custody, counsel for the United States of America shall file an application for writ of habeas corpus ad prosequendum no later than December 29, 2025, to obtain Defendant's appearance for the continued status conference.

IT IS SO ORDERED.

Dated:   **November 3, 2025**

UNITED STATES MAGISTRATE JUDGE