1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,           Case No. 1:25-cr-00109-KES
12            Plaintiff,                 **DETENTION ORDER**
13        v.                             (Violation of Supervised Release)
14   VERNON MCCULLUM,
15            Defendant.
16

17   The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and
18
19   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:
20
21   [ X ]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or
22
23   [ X ]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).
24
25   This finding is based on the reasons stated on the record.

IT IS SO ORDERED.
26
27   Dated:   **November 21, 2025**                      _____
                                                         UNITED STATES MAGISTRATE JUDGE
28