UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Kirk E Sherriff                    RE:  Vernon  McCullum
United States District Judge                      Docket Number:  0972 1:25CR00109-1
Fresno, California                                <u>Request to Vacate Sentencing Hearing</u>

Your Honor:

On November 21, 2025, Mr. McCullum made his Initial Appearance before the Honorable United States Magistrate Judge Christopher D. Baker. At that time, the client admitted to Charge 1 of the Probation 12C Superseding Petition for Warrant For Person Under Supervision that was filed on August 12, 2025. A sentencing hearing was scheduled, before Your Honor, on December 15, 2025.

During the initial appearance, the government made it clear on the record that no agreement to dismiss Charges 2 & 3 of the petition existed and these matters were unresolved. Yesterday, I confirmed with AUSA Baty that the government is not prepared to dismiss the remaining charges at this time. Given that the violation petition is still unresolved I am respectfully requesting that the current sentencing hearing be vacated.

As there is no agreement from the government to dismiss the remaining charges and the client has entered a denial to Charges 2 and 3, we are respectfully requesting that the Court set a contested hearing to determine the outcome of the remaining charges.

1

RE:   Vernon  McCullum
      Docket Number:   0972 1:25CR00109-1
      <u>Request to Vacate Sentencing Hearing</u>

Respectfully submitted,                              Reviewed by,


*Lee McSorley*                                       *Timothy Mechem*
_____        _____
Lee McSorley                                         Timothy Mechem
Supervisory United States Probation Officer          Assistant Deputy Chief United States Probation
                                                     Officer


Dated:   December 2, 2025
         Fresno, California
         Lr/LM


## ORDER OF THE COURT

THE COURT ORDERS:

      ☒   Approved              ☐   Disapproved

The disposition hearing set for December 15, 2025, in this matter is vacated.  This matter is set for a revocation hearing on January 7, 2025, at 10:00 a.m., in Courtroom 6, as to the remaining charges (Charges 2 and 3).


IT IS SO ORDERED.

Dated:   <u>December 4, 2025</u>

_____
UNITED STATES DISTRICT JUDGE

RE:    Vernon  McCullum
       Docket Number:   0972 1:25CR00109-1
       <u>Request to Vacate Sentencing Hearing</u>

Attachment(s)

cc:    Luke Baty
       Assistant United States Attorney

       Laura Myers
       Defense Counsel

REV.  01/2021
CAE___MEMO__COURT (W ORDER)