ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00109-KES |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE REVOCATION HEARING AND SET DISPOSITION HEARING |
| v. | |
| VERNON MCCULLUM, | DATE: January 7, 2026 |
| Defendant. | TIME: 9:30 AM<br>COURT: Hon. Kirk E. Sherriff |

**JOINT STIPULATION TO VACATE REVOCATION HEARING AND SET SENTENCING**

**HEARING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a revocation hearing on January 7, 2026 in front of the Kirk E Sherriff.

2. On August 12, 2025, the Probation filed a Superseding Petition to Revoke Supervised Release. ECF # 15.

3. On November 21, 2025, the Defendant appeared with counsel for an initial appearance on the Superseding Petition for to Revoke Supervised Release and entered an admission to Charge # 1.

4. On November 21, 2025, discovery was ordered to the Defendant and subsequently produced.

1

5. After review of the discovery, the parties no longer believe there is need for a revocation hearing as to the remainder of the charges alleged in the Superseding Petition.

6. The parties agree to proceed forward on Charge 1 only, and the government will move to dismiss the remaining charges at the Disposition Hearing.

7. As such, the parties agree and stipulate that the Revocation Hearing currently scheduled for January 7, 2026, be vacated and a disposition hearing set for January 20, 2026, at 9:30 am.

IT IS SO STIPULATED.

///

///

Dated: January 5, 2026                                       ERIC GRANT
                                                             United States Attorney


                                                             /s/ LUKE BATY
                                                             LUKE BATY
                                                             Assistant United States Attorney


Dated: January 5, 2026                                       /s/ LAURA MYERS
                                                             LAURA MYERS
                                                             Counsel for Defendant
                                                             VERNON MCCULLUM

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the revocation hearing set for January 7, 2026, be vacated and a disposition hearing be set for January 20, 2026, at 9:30 AM in Courtroom 6 before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   January 5, 2026

_____
UNITED STATES DISTRICT JUDGE