HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561
Fax: 559-487-5950

Attorneys for Defendant
VERNON MCCULLUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:25-cr-00109-KES-EPG |
| Plaintiff, | ) ORDER FOR IMMEDIATE RELEASE FROM CUSTODY |
| vs. | ) |
| VERNON MCCULLUM, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that defendant Vernon McCullum (USMS No. 47536-048) shall be immediately released from Kern County Jail.

IT IS SO ORDERED.

Dated:    January 20, 2026    

_____
UNITED STATES DISTRICT JUDGE